| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Christopher Rawsthorne    Telephone:  (313) 226-9100 |
| | Special Agent:    Joseph Kunnummyalil    Telephone:  (313) 226-0500 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.
Thomas Neil

Case No.

Case: 2:20−mj−30525
Assigned To : Unassigned
Assign. Date : 12/16/2020
Description: USA V. THOMAS NEIL
(CMP)(MEV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 2020 _____ in the county of _____ Macomb _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC § 2422(b) | Coercion or enticement of a minor to engage in unlawful sexual activity |
| 18 USC § 2251 | Sexual exploitation of children |
| 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(B) | Receipt and possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph T. Kunnummyalil, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ December 16, 2020 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan _____

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Joseph T. Kunnummyalil, being duly sworn, depose and state the following:

1.      I am a Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI) in Detroit, Michigan.  I have been employed as a Special Agent for DHS since 2003, and I am currently assigned to the Cyber Crimes Group.  While employed as a Special Agent by HSI, I have assisted with investigations related to child exploitation and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2.      I am submitting this affidavit because I believe that there is probable cause that Thomas Neil violated Title 18, United States Code, Section 2422(b) (Coercion or enticement of a minor to engage in unlawful sexual activity); Title 18, United States Code, Section 2251 - Sexual exploitation of children; and, Title 18, United States Code, Sections 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3.      In July 2020, the Harford County, Maryland ICAC (The Internet Crimes Against Children Task Force) received a cybertip from a Maryland resident that alleged the resident's underage son provided multiple images that were sexual in nature to an Instagram User known as: SARAH61236. According to the Maryland resident, his son (MV1) is 13 years of age and has communicated in an inappropriate manner on Instagram as with Instagram user: SARAH61236.

4.      On or around July 29, 2020, Maryland State Police served Facebook, Inc. a search warrant for contents related to the SARAH61236 Instagram account. A review of the contents within the SARAH61236 Instagram account revealed numerous images and videos of various minor boys that can be considered visual depictions of child pornography as defined by 18 USC § 2256.  In addition to the images and videos of the minor boys mentioned above, the Maryland State Police Troopers observed multiple chat exchanges between MV1 and SARAH61236.

5.      In October 2020, the Maryland State Police provided the HSI Detroit Office with the records obtained from the Facebook, Inc. search warrant mentioned above.  A review of the contents of the SARAH61236

Instagram account revealed the following interactions between MV1 and

SARAH61236:

|  |  |
|---|---|
| Id | 29400334354118954218230072616157184 |
| Time | 2020-07-03 16:55:18 UTC |
| Item Type | text |
| Thread Id | 3402823668417103009491281492406769474 21 |
| Text | How old are you now |
| Author | sarah61236 (37862262319) |
| Recipients | **MV1** (12110227358) |
|  | sarah61236 (37862262319) |

|  |  |
|---|---|
| Id | 29400334539877390339324151746002944 |
| Time | 2020-07-03 16:55:28 UTC |
| Item Type | text |
| Thread Id | 3402823668417103009491281492406769474 21 |
| Text | 13 |
| Author | **MV1** (12110227358) |
| Recipients | **MV1** (12110227358) |
|  | sarah61236 (37862262319) |

**Id** 2940033762628269824303912223 0870016
**Time** 2020-07-03 16:58:16 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** Miss seeing you shirtless
**Author** sarah61236 (37862262319)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)

**Id** 2940033828964403273586019984 3168256
**Time** 2020-07-03 16:58:52 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** U can see other things when I get a shower♥
**Author** MV1 (12110227358)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)

**Id** 2940033922733481200202364093 4645760
**Time** 2020-07-03 16:59:43 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** How about your sexy tongue mabe shirtless for now
**Author** sarah61236 (37862262319)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)

**Id** 2940035943980329448238979308 7946752
**Time** 2020-07-03 17:17:58 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** Getting in the shower
**Author** MV1 (12110227358)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)


**Id** 2940035966503488522914681398 5980416
**Time** 2020-07-03 17:18:11 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** Ooo
**Author** sarah61236 (37862262319)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)


**Id** 2940035986818015240296324131 5074048
**Time** 2020-07-03 17:18:22 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** Can I see you strip mabe
**Author** sarah61236 (37862262319)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)


**Id** 2940036032651957107117197783 728128
**Time** 2020-07-03 17:18:46 UTC
**Item Type** text
**Thread Id** 340282366841710300949128149240676947421
**Text** Like how?
**Author** MV1 (12110227358)
**Recipients** MV1 (12110227358)
sarah61236 (37862262319)

6.     On July 3, 2020, shortly after the online exchange above, the underage Instagram User: MV1 provided Instagram User: SARAH61236 two images of himself in front of a mirror naked. Additionally, MV1 sent SARAH61236 a video where he removed all of his clothes and he appeared naked. Within the video his genitals were exposed, and the video contained a lascivious exhibition of his genitals.

7.     After receiving the two additional images, SARAH61236 made the following request for more images:

```
          Id  294003748484903862096088146829639668
        Time  2020-07-03 17:31:54 UTC
   Item Type  text
   Thread Id  3402823668417103009491281492406769476947421
        Text  Like to see it soft b4 I make you hard
      Author  sarah61236 (37862262319)
  Recipients  MV1        (12110227358)
              sarah61236 (37862262319)


          Id  294003750146840948856621011115570432
        Time  2020-07-03 17:32:03 UTC
   Item Type  text
   Thread Id  3402823668417103009491281492406769476947421
        Text  Ok
      Author  MV1        (12110227358)
  Recipients  MV1        (12110227358)
              sarah61236 (37862262319)
```

8.     MV1 sent 2 additional images of his naked penis to SARAH61236. MV1 sent SARAH61236 an image of his penis in a flaccid state and an image of his penis erect. It appeared that MV1 was in a bathtub when the images were taken.

9.     Later that same day, SARAH61236 encouraged MV1 to send

SARAH61236 a video:

```
        Id 29400717838222630978589203827261440
      Time 2020-07-03 22:41:47 UTC
 Item Type text
 Thread Id 340282366841710300949128149240676947421
      Text I need another bath, and my parents aren't home
    Author  MV1      (12110227358)
 Recipients MV1      (12110227358)
            sarah61236 (37862262319)
```

```
        Id 29400718233490516319161726722375680
      Time 2020-07-03 22:42:09 UTC
 Item Type text
 Thread Id 340282366841710300949128149240676947421
      Text Got a sharpie or pen or someone long and round
    Author sarah61236 (37862262319)
 Recipients MV1      (12110227358)
```

```
        Id 29400726448785381095947948169101312
      Time 2020-07-03 22:49:34 UTC
 Item Type text
 Thread Id 340282366841710300949128149240676947421
      Text I found a pen
    Author  MV1      (12110227358)
 Recipients MV1      (12110227358)
            sarah61236 (37862262319)
```

10.     MV1 sent SARAH61236 multiple videos of about one minute in length where he inserted a writing instrument in his anus.  After the videos were sent, SARAH61236 responded:

```
         Id  2940073375857058640640813711962931
       Time  2020-07-03 22:56:10 UTC
  Item Type  text
  Thread Id  34028236684171030094912814924067694742
       Text  Can I see you use the pen more mabe try going deeper and maybe jerk with it in
             there
     Author  sarah61236 (37862262319)
 Recipients  MV1  (12110227358)
             sarah61236 (37862262319)
```

11.     MV1 sent an additional video to SARAH61236 where he inserted a writing instrument in his anus and masturbated per SARAH61236's request. SARAH61236 requested MV1 to continue to perform additional sexual acts.

```
         Id  2940076233480412131405810221291929
       Time  2020-07-03 23:21:59 UTC
  Item Type  text
  Thread Id  34028236684171030094912814924067694742
       Text  Can you try going deeper with the sharper mabe moan or talk dirty for me
     Author  sarah61236 (37862262319)
 Recipients  MV1  (12110227358)
             sarah61236 (37862262319)
```

```
         Id  2940076278211226393492523084834406
       Time  2020-07-03 23:22:24 UTC
  Item Type  text
  Thread Id  34028236684171030094912814924067694742
       Text  Sure can u use a marker like I do?
     Author  MV1  (12110227358)
 Recipients  MV1  (12110227358)
             sarah61236 (37862262319)
```

**Id** 2940076316307420118424600307356672
**Time** 2020-07-03 23:22:44 UTC
**Item Type** text
**Thread Id** 34028236684171030094912814924067694742l
**Text** I have something bigger and more like a d
**Author** sarah61236 (37862262319)
**Recipients** MV1  (12110227358)
sarah61236 (37862262319)

**Id** 2940076352472328283210841928289484848
**Time** 2020-07-03 23:23:04 UTC
**Item Type** text
**Thread Id** 34028236684171030094912814924067694742l
**Text** Ok can u use that first before I send another pls
**Author** MV1  (12110227358)
**Recipients** MV1  (12110227358)
sarah61236 (37862262319)

**Id** 2940077908771427123615938323l528960
**Time** 2020-07-03 23:37:07 UTC
**Item Type** text
**Thread Id** 34028236684171030094912814924067694742l
**Text** Try to put it in as deep as you can
**Author** sarah61236 (37862262319)
**Recipients** MV1  (12110227358)
sarah61236 (37862262319)

**Id** 2940077928798173565401267825l216896
**Time** 2020-07-03 23:37:18 UTC
**Item Type** text
**Thread Id** 34028236684171030094912814924067694742l
**Text** And mabe jerk that big d
**Author** sarah61236 (37862262319)
**Recipients** MV1  (12110227358)
sarah61236 (37862262319)

**Id** 2940077930130849367634377526843801б
**Time** 2020-07-03 23:37:19 UTC
**Item Type** text
**Thread Id** 34028236684171030094912814924067694742l
**Text** I did
**Author** MV1  (12110227358)
**Recipients** MV1  (12110227358)
sarah61236 (37862262319)

12.     After the videos were sent, SARAH61236 requested more

sexually explicit images from MV1.

```
         Id  2940117593193233219238897579248848
       Time  2020-07-04 05:35:40 UTC
  Item Type  text
  Thread Id  340282366841710300949128149240676947421
       Text  What do you sleep in
     Author  sarah61236 (37862262319)
 Recipients  MV1   (12110227358)
             sarah61236 (37862262319)
```

```
         Id  2940117620782085888135312315148800
       Time  2020-07-04 05:35:55 UTC
  Item Type  text
  Thread Id  340282366841710300949128149240676947421
       Text  Boxers y
     Author  MV1   (12110227358)
 Recipients  MV1   (12110227358)
             sarah61236 (37862262319)
```

```
         Id  2940118525214119769814565485834987008
       Time  2020-07-04 05:44:06 UTC
  Item Type  text
  Thread Id  340282366841710300949128149240676947421
       Text  Can you take them off
     Author  sarah61236 (37862262319)
 Recipients  MV1   (12110227358)
             sarah61236 (37862262319)
```

13.     MV1 sent SARAH61236 multiple images of his exposed penis

with his boxer shorts lowered to expose his penis.

14.     SARAH61236 made an additional request after MV1 sent him

the images described above:

```
        Id 29401195098351850022517746320801792
      Time 2020-07-04 05:52:59 UTC
 Item Type text
 Thread Id 34028236684171030094912814924067694721
      Text Can I see your cute butt
    Author sarah61236 (37862262319)
Recipients MV1     (12110227358)
           sarah61236 (37862262319)
```

```
        Id 29401196861329852195406183300857856
      Time 2020-07-04 05:54:35 UTC
 Item Type text
 Thread Id 34028236684171030094912814924067694721
      Text Like lay on your stomach and show it
    Author sarah61236 (37862262319)
Recipients MV1     (12110227358)
           sarah61236 (37862262319)
```

15.     MV1 responded to SARAH61236's request by sending

SARAH61236 an image of himself in bed with his boxer shorts lowered and

his butt exposed.

16.     On July 4, 2020, MV1 also sent SARAH61236 a picture of his

erect penis while he was seated on a toilet. Additionally, MV1 sent

SARAH61236 a video where it appeared he was seated on the same toilet

and masturbating.

17.    On July 7, 2020, SARAH61236 continued to ask for additional

videos from MV1:

```
        Time  2020-07-07 02:15:50 UTC
   Item Type  text
   Thread Id  3402823666841710300949128149240676947421
        Text  Can I see you show your butt more mabe spread your legs and play with it
      Author  sarah61236 (37862262319)
  Recipients  MV1  (12110227358)
              sarah61236 (37862262319)


          Id  29405736632073270260772956260007936
        Time  2020-07-07 02:16:17 UTC
   Item Type  text
   Thread Id  3402823666841710300949128149240676947421
        Text  Can u pls send something now I've sent u so many vids it's ur turn
      Author  MV1  (12110227358)
  Recipients  MV1  (12110227358)
              sarah61236 (37862262319)


          Id  29405738137619211252533642427105280
        Time  2020-07-07 02:17:38 UTC
   Item Type  text
   Thread Id  3402823666841710300949128149240676947421
        Text  Pls just one more
      Author  sarah61236 (37862262319)
  Recipients  MV1  (12110227358)
              sarah61236 (37862262319)
```

18.    On July 7, 2020, SARAH61236 made the following request to

MV1:

           **Id**  29405747879121514081767817843048448
      **Time**  2020-07-07 02:26:26 UTC
**Item Type**  text
  **Thread Id**  340282366841710300949128149240676947421
      **Text**  Ok pls make me wet
    **Author**  sarah61236 (37862262319)
**Recipients**  ████ **MV1** ████ (12110227358)
              sarah61236 (37862262319)

           **Id**  29405747987172192242133020151119872
      **Time**  2020-07-07 02:26:32 UTC
**Item Type**  text
  **Thread Id**  340282366841710300949128149240676947421
      **Text**  Make me want that d in me
    **Author**  sarah61236 (37862262319)
**Recipients**  ████ **MV1** ████ (12110227358)
              sarah61236 (37862262319)

19.    MV1 sent SARAH61236 an image of his aroused penis. In the

image it appeared MV1 was seated on a toilet.

20.    On July 10, 2020, the conversation between SARAH61236 and

MV1 continued:

```
          Id  29410640926313052454643075655925760
        Time  2020-07-10 04:07:19 UTC
   Item Type  text
   Thread Id  340282366841710300949128149240676947421
        Text  Ya can I see u
      Author  MV1    (12110227358)
  Recipients  MV1    (12110227358)
              sarah61236 (37862262319)


          Id  29410641183535964451463107572662272
        Time  2020-07-10 04:07:33 UTC
   Item Type  text
   Thread Id  340282366841710300949128149240676947421
        Text  can you make me horny
      Author  sarah61236 (37862262319)
  Recipients  MV1    (12110227358)
              sarah61236 (37862262319)


          Id  29410641330803553515563352267423744
        Time  2020-07-10 04:07:41 UTC
   Item Type  text
   Thread Id  340282366841710300949128149240676947421
        Text  Ya
      Author  MV1    (12110227358)
  Recipients  MV1    (12110227358)
              sarah61236 (37862262319)
```

21.    On July 10, 2020, shortly after SARAH61236's request, MV1

sent an image of his penis under his boxer shorts.

22.    A review of the contents of the records the Maryland State

Police received from Instagram, Inc. revealed multiple videos of multiple

seemingly underage boys performing sexual acts upon themselves such as

sucking their own fingers, masturbating, and penetrating themselves with

writing instruments.  For instance, one Instagram user (MV2) sent

SARAH61236 multiple images of his exposed penis.

23.     Another possible minor victim (MV3) of SARAH61236 sent

SARAH61236 multiple images of his exposed penis. These images appear to

have been taken by MV3 in a bedroom.

24.     Additionally, another Instagram user (MV4) sent images of his

penis to SARAH61236 and at least one video of himself inserting a writing

instrument in his anus.

25.     MV1 was under the impression that he was communicating and

exchanging images and videos with a 14 year old girl. SARAH61236

represented herself to MV1 as an underage teenage girl as demonstrated

below:

```
        Id  2940127312242675670787870635642060B
      Time  2020-07-04 07:03:29 UTC
 Item Type  text
 Thread Id  3402823668417103009491281492406769474421
      Text  How old are u
    Author  MV1          (12110227358)
Recipients  MV1          (12110227358)
            sarah61236 (37862262319)


        Id  2940127317310389183484654478006816
      Time  2020-07-04 07:03:32 UTC
 Item Type  text
 Thread Id  3402823668417103009491281492406769474421
      Text  Now?
    Author  MV1          (12110227358)
Recipients  MV1          (12110227358)
            sarah61236 (37862262319)
```

Id 29401273270138451135553508506337280
Time 2020-07-04 07:03:37 UTC
Item Type text
Thread Id 34028236684171030094912814924067694 7421
Text 14
Author sarah61236 (37862262319)
Recipients **MV1** (12110227358)
sarah61236 (37862262319)

Id 29400723536007266327669002127540224
Time 2020-07-03 22:46:56 UTC
Item Type text
Thread Id 34028236684171030094912814924067694 7421
Text Ur the most amazing girl that I've ever met
Author **MV1** (12110227358)
Recipients **MV1** (12110227358)
sarah61236 (37862262319)

Id 29400725721282153361412513960296448
Time 2020-07-03 22:48:54 UTC
Item Type text
Thread Id 34028236684171030094912814924067694 7421
Text And I love u more than anything❤❤❤❤❤❤❤❤❤❤❤❤❤❤❤❤❤❤❤
Author **MV1** (12110227358)
Recipients **MV1** (12110227358)
sarah61236 (37862262319)

Id 29400726242955522363596422374227968
Time 2020-07-03 22:49:23 UTC
Item Type text
Thread Id 34028236684171030094912814924067694 7421
Text Awww
Author sarah61236 (37862262319)
Recipients **MV1** (12110227358)
sarah61236 (37862262319)

26.     In August 2020, the Maryland State Police served a subpoena on NEIL's internet service provider, Wide Open West for records related to IP address: 67.149.97.126 associated with the Instagram account mentioned above. Many, if not all, of SARAH61236 Instagram sign-ins were associated with IP address: 67.149.97.126. Records obtained from Wide Open West revealed that the IP address is associated with the internet service registered to Thomas NEIL at an address in the Eastern District of Michigan.  A State of Michigan Driver License image of NEIL reveal that NEIL is a 39 year old male.

27.     On or around October 16, 2020, an HSI Detroit agent served a DHS Summons to Wide Open West for updated subscriber information related to IP address: 67.149.97.126. On November 12, 2020, a Wide Open West Subpoena Compliance Representative provided subscriber records for the IP address.  According to records received from Wide Open West, the IP address is still associated with Thomas NEIL at an address in the Eastern District of Michigan.

28.     December 11, 2020, I obtained a search warrant from the Eastern District of Michigan for NEIL's residence mentioned above. The search warrant authorized law enforcement officers to search NEIL's residence for evidence of violations of 18 USC § 2422(b) (Coercion or

enticement of a minor to engage in unlawful sexual activity), and 18 USC §§
2251(a) and 2252A (Production, receipt, and possession of child
pornography).

29.     On December 16, 2020, HSI agents and I executed the search
warrant at NEIL's residence.  At approximately 8:55 AM, NEIL was read
his Statement of Rights. NEIL waived his rights and consented to be
interviewed by Special Agent Jason Smith and I.  NEIL stated that he uses
Facebook, Instagram, and MeWe social media platforms to communicate
with family. During the course of the interview, Special Agent Smith asked
if NEIL communicates with non-family members on Instagram. NEIL stated
that he does so. S/A Smith also inquired if NEIL uses a false identity or a
fictitious name on Instagram. NEIL stated that at times he may. Special
Agent Smith questioned NEIL if he has ever received inappropriate images
of young boys or underage boys and girls on his Instagram account.  NEIL
then declined to answer questions and requested to speak to an attorney.  Per
NEIL's request, we immediately ceased questioning NEIL.

30.     During the course of the execution of the search warrant, agents
discovered NEIL's mobile device and other electronic devices.  A forensic
review of NEIL's Samsung Galaxy S9 revealed the profile image and other
images associated with SARAH61236.

31.    Furthermore, a Gateway laptop was discovered during the search of NEIL's residence. A cursory forensic review of the contents found within the laptop revealed multiple videos of young boys masturbating. A video was also observed by the HSI Computer Forensics Agent and I that displayed a young male sucking his fingers similarly as the young men found within the contents of the SARAH61236 Instagram account.

32.    Additionally, one video was found where the young male filmed masturbating was clearly underage and would meet the definition of child pornography as defined by 18 USC § 2256.

33.    In addition to the mobile device and the laptop mentioned above, HSI Detroit agents also seized the following: An HP laptop; a DVD+R; and an LG cellular phone.  As of the date of this affidavit, these devices are in the process of a forensics review for images, videos, and other visual depictions of child pornography.

34.    Based on the facts of the investigation detailed above in this Affidavit, coupled with my training and experience as an HSI Special Agent, I assert there is probable cause that Neil violated Title 18, United States Code, Section 2422(b) (Coercion or enticement of a minor to engage in unlawful sexual activity), Title 18, United States Code, Section 2251 (Sexual

exploitation of children); and Title 18, United States Code, Sections

2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession

of child pornography).

Respectfully submitted,

Joseph T. Kunnummyalil, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations


Subscribed and sworn to via telephone,
after submission by reliable electronic means.
Fed.R.Crim.P 4.1 and 41(d)(3)

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: December 16, 2020